Dismissed and Memorandum Opinion filed May 21, 2009








Dismissed
and Memorandum Opinion filed May 21, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00887-CV

____________

 

ANDY MONTEZ, Appellant

 

V.

 

HOUSTON COMMUNITY COLLEGE, Appellee

 



 

On Appeal from the
55th District Court

Harris County,
Texas

Trial Court Cause
No. 2007-53599

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed August 20, 2008.  On May 15, 2009, appellant
filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Anderson, Guzman, and Boyce.